UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                               CASE NO.:    09-01273-8-SWH

LAKE GASTON SALES & SERVICE, INC.               CHAPTER 7


DEBTOR(S)

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

    Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court.  A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

SEE ATTACHED EXHIBIT


Dated:  November 29, 2010


 /s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)937-2200


Attachment:  1 Check(s)

cc: Bankruptcy Administrator (w/copy of check)

Date: 11/22/10                     Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-01273-8-SWH - LAKE GASTON SALES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Avaya, Inc.<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, MD 21094<br>    UNSECURED CLAIM | 000001 | 136.83 | 4.08 |
| ---------- Remittance Total -------------- | | 136.83 | 4.08 |

_____
JOSEPH N. CALLAWAY, Trustee